*Barry, McTiernan & Moore,* New York City (*Anthony J. Mc-Nulty* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered as unnecessary. We agree with the Appellate Division that plaintiff failed to raise an issue of fact sufficient to defeat defendant bank's summary judgment motion.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.

In the Matter of SUSAN BABA, Appellant, v MARTIN EVANS et al., Respondents.

Submitted January 8, 2007; decided January 16, 2007

Motion by Gilbert Lau for leave to file a brief amicus curiae on the appeal herein denied. Motion for poor person relief dismissed as academic.

In the Matter of SUSAN BABA, Appellant, v MARTIN EVANS et al., Respondents.

Submitted January 8, 2007; decided January 16, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

MARIANN BERLINER, Respondent, v IRA BERLINER, Appellant. (And Another Action.)

Submitted November 13, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine